**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------x
                :

**UNITED STATES OF AMERICA**         :
                :

      **v.**               :      **08-CR-1213 (JFK)**
                :

**JAMAL YOUSEF,**          :      <u>**NOTICE OF MOTION**</u>
                :

     **Defendant.**      :
-----------------------------------------------------------------------x

PLEASE TAKE NOTICE that, upon the accompanying Declaration of

MELINDA SARAFA, counsel to defendant JAMAL YOUSEF, the exhibit attached thereto, the

accompanying Memorandum of Law, and all prior pleadings and proceedings had herein, the

undersigned will move this Court before the Honorable John F. Keenan, United States District

Judge for the Southern District of New York, at the United States Courthouse, 500 Pearl Street,

New York, New York 10007, on August 10, 2010, at 11:00 a.m., for an order granting the

following relief:

(1)    Pursuant to the Due Process Clause of the Fifth Amendment of the U.S.
       Constitution, dismissing the indictment because there is no nexus between Mr.
       Yousef and the United States sufficient to justify extraterritorial application of the
       narco-terrorism statute to him; and

(2)    granting such additional relief as this Court may deem just and proper.

Dated: June 28, 2010
       New York, NY

                         Respectfully submitted,

                         s/Melinda Sarafa_____
                         Melinda Sarafa (MS-9934)
                         SARAFA LAW LLC
                         80 Pine Street, Floor 33
                         New York, NY 10005
                         Tel: 212-785-7575
                         Fax: 212-785-7577
                         *Counsel to Defendant Jamal Yousef*