UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
                                              :
UNITED STATES OF AMERICA,          :
                                              :
        – *against* –                     :         S4 08 Cr. 1213 (JFK)
                                              :
JAMAL YOUSEF,                          :         (Filed Electronically)
                    Defendant.          :
                                              :
--------------------------------------------------------x

## DEFENDANT'S PROPOSED CASE-SPECIFIC VOIR DIRE QUESTIONS

Defendant Jamal Yousef proposes the following case-specific voir dire questions and

follow-up questions regarding the following topics:

### KNOWLEDGE & OPINIONS OF CASE AND PARTIES

1.      This case has received publicity in the local media. There is nothing wrong with having

heard about this case.  Do you recall seeing or hearing anything, from any source, about

this case?

Individual follow-up questions to question 1:

a.      What do you recall seeing or hearing?

b.      What was the media source?

c.      How would you describe your knowledge of this case?

d.      Have you read about any statements or actions made by or attributed to Jamal

        Yousef?

e.      Would anything that you have seen or heard, influence how you would consider

        the evidence in this case?  Why or why not?

2.    If you were chosen to serve as a juror in this case do you think that your family and friends would try to influence you with their feelings and opinions about cases involving allegations of terrorism?

3.    If you were to serve as a juror in this case would you feel pressured or embarrassed to explain to your family or friends your vote of not guilty or guilty?

4.    Do you believe that Mr. Yousef must be guilty of something because he has been charged in this case?

5.    Some people believe that the government never arrests an innocent person in a terrorism case.  Do any of you believe it is possible for the government to arrest and charge an innocent person?

6.    Mr. Yousef is presumed innocent, and the Government has the burden of proving each element of the charged offenses beyond a reasonable doubt.  Do any of you feel that there may be cases in which it is appropriate to find the Government has not proven its case beyond a reasonable doubt?

7.    Mr. Yousef has no obligation to testify in this case or prove his innocence.  The burden rests with the Government to prove him guilty beyond a reasonable doubt.  If Mr. Yousef chooses not to testify, would you consider that to be evidence of guilt?

8.    This case involves an organization called the Fuerzas Armadas Revolucionarias de Colombia ("FARC").  Have you ever heard of this organization?

Follow-up question to question 8:

a.    If you have heard of FARC, what have you heard?

b.    What was the source of that information?

c.      please describe any effect it might have on your ability to sit as a juror in this case
and judge the evidence impartially.

### MEDIA/CURRENT EVENTS

9.      How closely have you followed media coverage of conflict in Colombia: (1) very closely,
(2) somewhat closely, (3) not too closely, or (4) not at all?

Individual follow-up questions to question 9:

a.      You said that you followed media coverage of conflict in Colombia.  What media
coverage have you followed?

b.      Would the media coverage that you have followed influence how you would
consider the evidence in this case?  Why or why not?

10.     How closely have you followed media coverage of FARC: (1) very closely, (2) somewhat
closely, (3) not too closely, or (4) not at all?

Individual follow-up questions to question 10:

a.      You said that you followed media coverage of FARC.  What media coverage have
you followed?

b.      Would the media coverage that you have followed influence how you would
consider the evidence in this case?  Why or why not?

11.     How closely have you followed media coverage of conflict in Lebanon: (1) very closely,
(2) somewhat closely, (3) not too closely, or (4) not at all?

Individual follow-up questions to question 11:

a.      You said that you followed media coverage of conflict in Lebanon.  What media
coverage have you followed?

b.      Would the media coverage that you have followed influence how you would consider the evidence in this case?  Why or why not?

12.    Are you familiar with the group Hezbollah?

a.      if so, what do you know, and where do you know it from?

b.      how closely have you followed media coverage of Hezbollah: (1) very closely, (2) somewhat closely, (3) not too closely, or (4) not at all?

c.      based on what you know or have heard, have you formed an opinion about Hezbollah?  If so, what is that opinion?

d.      what impact would that knowledge and opinion have on your ability to judge a case involving people associated with Hezbollah fairly?

13.    Is there anything about any media coverage of **any** current events that would affect your ability to be a fair and impartial juror in a case involving terrorism charges?

LANGUAGE SKILLS/ TRAVEL

14.    Do you speak, write, or understand the Spanish language?

15.    Do you speak any other languages besides English?

16.    Have you ever traveled outside the U.S.?

17.    Have you ever lived outside the U.S.?

Follow-up question to question 17?

A.      Where have you lived outside the U.S?

MUSLIMS/ ISLAM

18.    Is there anything about your religious beliefs that would influence how you would sit in judgment of a person of the Muslim faith?

19.    Regardless of your religious beliefs, is there anything about your understanding of the Muslim faith that would influence how you would sit in judgment of a person of that faith?

20.    Have you ever had any personal experience with a person of the Muslim faith that would influence how you would sit in judgment of a person of that faith?

21.    Is there anything about your religious beliefs that would affect your ability to be a fair and impartial juror in a case involving allegations that a person was associated with an Islamic terrorist organization?

22.    Do you think that because the men who planned and carried out the attacks on 9/11 were Muslim, you will view the Muslim defendants in this case differently than you would any non- Muslim defendants?

23.    Mr. Yousef is from Lebanon and has lived in Syria.  Does Mr. Yousef's Middle Eastern background cause you to assume that he is Muslim?

Follow-up question to question 23:

a.    If so, would that cause you to believe that he is more likely to be guilty than not guilty?

ETHNICITY/NATIONALITY/IMMIGRATION STATUS

24.    Is there anything about your personal experiences or beliefs or what you have seen in the media that would affect your ability to be a fair and impartial juror in a case involving terrorism charges against a man of Middle Eastern descent?

25    Do you have any feelings about non-United States citizens that would affect your ability to be a fair and impartial juror in a case involving charges against a person who is not a

U.S. citizen?

26. Do you believe that the protections of the Constitution of the United States should extend to both citizens and non-citizens?

### RELATIONSHIP TO LEBANON, SYRIA OR COLOMBIA

27 Mr. Yousef is also from Lebanon. Do any of you have any personal experiences or beliefs relating to Lebanon?

28. Have any of you ever traveled to Lebanon?

29. Mr. Yousef has also lived in Syria. Do any of you have any personal experiences or beliefs relating to Syria?

30. Have any of you ever traveled to Syria?

31. FARC is a terrorist organization in Colombia. Do any of you have any personal experiences or beliefs relating to Colombia?

32. Have any of you ever traveled to Colombia?

33. Would any of your personal experiences or beliefs relating to Lebanon affect your ability to be a fair and impartial juror in this case?

34. Would any of your personal experiences or beliefs relating to Syria affect your ability to be a fair and impartial juror in this case?

35. Would any of your personal experiences or beliefs relating to Colombia affect your ability to be a fair and impartial juror in this case?

### TERRORISM

36. Is there anything in particular about a case involving terrorism-related charges that would make it difficult for you to serve as a fair and impartial juror in this case?

37.   You may hear testimony about Hezbollah in this case.  Do you believe that if someone is associated in any way with Hezbollah that he is she is likely to be involved in terrorism?

38.   Have you, a family member, or a friend ever been directly or indirectly affected in any way by terrorism or the threat of terrorism in this country or abroad?

   a.   if so, please explain why.

39   Please describe the impact the events of September 11, 2001, have had on you and your family and friends:

   a.   how would that experience affect your ability to serve as a juror in this case?

40.   Do you know anyone who died or was injured in any terrorism event, including the events of September 11, 2001?

   a.   if so, please explain

   b.   what kind of impact would that have on your ability to serve as a juror in this case?

41.   Do you know anyone in the New York City Police or Fire Departments who was involved in rescue and recovery efforts at the World Trade Center on September 11, 2001, or in the weeks and months afterward?

   a.   if so, please explain

   b.   what kind of impact would that have on your ability to serve as a juror in this case?

42.   Did you, your spouse, or any immediate family members or close friends assist or participate in any way in rescue or relief efforts, or advocacy efforts for victims, of any terrorist attack occurring in the United States, including the September 11, 2001 attacks,

or abroad?

Individual follow-up questions to question 46:

a.      Who assisted or participated in relief efforts?

b.      What did they do?

43.    Have you ever followed any of the criminal cases in the United States involving allegations of terrorism or the support of terrorism?

Individual follow-up question to question 47:

a.      Which case or cases did you follow?

44.    Does the fact that this case involves allegations that Mr. Yousef supported a terrorist organization in Colombia affect your ability to be a fair and impartial juror in this case?

45.    Do any of you believe that defendants accused of violating criminal laws relating to terrorism should not be given the same rights as criminal defendants accused of violating other criminal laws that are not related to terrorism?

46.    Please tell us your reaction to serving on a jury in a case involving terrorism-related charges.

FIREARMS EXPERIENCE

47.    Are you a member or supporter of any group that is either for or against gun control or firearm ownership (such as the National Rifle Association)?

Individual follow-up question to question 51:

a.      To what organization do you belong?

48.    Have you ever received any type of firearm training or any training in the use of a firearm?

Individual follow-up question to question 52:

    a.    On which weapons were you trained and from whom did you received the training?

49.    Do you or anyone in your household currently own any firearms?

Individual follow-up questions to question 53:

    a.    How many firearms are in your household?

    b.    What type of firearms are in your household?

    c.    What is the reason for ownership of these firearms?

50.    Have you ever been to a shooting range?

51.    Please rate your knowledge of and experience with firearms:

    a.    none or very little;

    b.    moderate;

    c.    extensive.

GENERAL IMPRESSIONS

52.    Do you believe that the Constitution affords too many protections to criminals?

53.    Do you have a greater fear of letting a guilty person go than of convicting an innocent person?

LAW ENFORCEMENT

54.    Do you, or any of your family members or close friends work for law enforcement?

55.    Do you believe it is possible for law enforcement officers to make mistakes?

56.    Would you hold the testimony of a law enforcement professional in higher esteem simply because of his or her profession?

57.    Have you, a family member, or a close friend ever had a negative experience with the

government?

Individual follow-up questions to question 60:

a.    If yes, what happened?.

58.    Have you, a family member, or a close friend ever been falsely accused of a crime?

a.    If yes, please describe what happened?

Dated: May 4, 2012
New York, New York

Respectfully submitted,

/S/ Melinda Sarafa
Melinda Sarafa
SARAFA LAW LLC
80 Pine Street, 33rd Floor
New York, New York 10005
Tel: (212)785-7575
msarafa@sarafalaw.com

/S/ Joshua L. Dratel
Joshua L. Dratel
DRATEL & MYSLIWIEC, P.C.
2 Wall Street, 3rd Floor
New York, New York 10005
(212) 732-0707
jdratel@joshuadratel.com

*Attorneys for Defendant Jamal Yousef*

– Of Counsel –

Joshua L. Dratel
Melinda Sarafa
Lindsay A. Lewis